UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   David Lewis Kohut              :         Chapter 13
                                        :
                                        :
                Debtor                  :         No.:    17-11426-mdc

**ADDENDUM TO FIRST AMENDED PLAN FILED FEBRUARY 5, 2018**

    In paragraph 3(a) the "amount of claim" due William D. Schroeder, Jr. (Claim #21) is amended from $1,500.00 to $1,000.00.

/s/ David Kohut
David Kohut