United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11426-amc
David Lewis Kohut                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 2              Date Rcvd: Jun 13, 2018
                             Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
```
db             +David Lewis Kohut,    314 Erie Avenue,    Quakertown, PA 18951-1307
13874883       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13922950        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13874886        Bank of America,    FL9-600-02-26,    PO Box 45224,    Jacksonville, FL 32232-5224
13874885        Bank of America,    c/o Prober & Raphael, A Law Corp,    P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
13874894      ++CITIMORTGAGE,    PO BOX 6030,    SIOUX FALLS SD 57117-6030
                 (address filed with court: CitiMortgage, Inc.,     14700 Citicorp Drive,    MC 0251,
                 Hagerstown, MD 21742)
13938240        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13874889       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
13874892        CitiFinancial,    PO Box 6043,    Sioux Falls, SD 57117-6043
13874893        CitiMortgage, Inc.,    Bankruptcy Servicing Center,    P.O. Box 6030,
                 Sioux Falls, SD 57117-6030
13941232        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
13874890       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13874891       +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
13874895       +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14084018       +LSF10 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13874899       +Northland Group, Inc.,    PO Box 390905,    Mail Code CSB2,    Minneapolis, MN 55439-0905
13874901       +Prsm/cbsd,    CitiCorp Credit Services/Centralized Ban,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13874903       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
14051155       +William D. Schroeder, Jr.,    920 Lenmar Drive,    Blue Bell, PA 19422-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2018 01:46:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:46:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2018 01:46:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 01:52:07
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 01:52:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13874884       +E-mail/Text: bnc-applied@quantum3group.com Jun 14 2018 01:46:27      Applied Bank,
                 Po Box 17125,    Wilmington, DE 19850-7125
13947243       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 14 2018 01:46:29
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
13874888       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2018 01:52:06      Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13874895       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2018 01:46:09      Comenity Bank/bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
13874896       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 14 2018 01:52:15      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13874897       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2018 01:46:03      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
13913121        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2018 01:52:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13913114        E-mail/Text: bkr@cardworks.com Jun 14 2018 01:46:01      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13874898       +E-mail/Text: bkr@cardworks.com Jun 14 2018 01:46:01      Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13921226       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2018 01:46:23      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
13888282        E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 01:52:13      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
13874900       +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2018 01:52:06      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
13946480        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 01:52:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13875672       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 01:52:06
                 PRA Receivables Management,    PO Box 41021,    Norfolk, VA 23541-1021
13899856        E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2018 01:46:09
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 13, 2018
                              Form ID: pdf900              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13924326       E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2018 01:46:09
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
               Kirkland, WA 98083-0788
13874902      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 01:52:06      Synchrony Bank/Walmart,
               Po Box 965064,   Orlando, FL 32896-5064
13904354      +E-mail/Text: bncmail@w-legal.com Jun 14 2018 01:46:26     TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13874904      +E-mail/Text: vci.bkcy@vwcredit.com Jun 14 2018 01:46:26     Volkswagen Credit, Inc,   Po Box 3,
               Hillsboro, OR 97123-0003
                                                                                              TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +LSF10 Master Participation Trust,   Caliber Home Loans, Inc.,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
13961975*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk, VA 23541)
13874887    ##+Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor David Lewis Kohut schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                              TOTAL: 7
```

In re  :  Chapter 13

DAVID LEWIS KOHUT

Debtor(s)

:  Bankruptcy No.17-11426AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this /3th day of June, 2018 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
    D. the plan has been proposed in good faith and not by any means forbidden by law;
    E. the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
    F. with respect to each allowed secured claim provided for by the plan-
        (1) the holder of such claim has accepted the plan;
        (2) (a) the plan provides that the holder of such claim retain the lien securing such claim, and
            (b) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
        (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
    G. the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
    1. that the plan is CONFIRMED
    2. that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
    3. that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge