UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   David Lewis kohut          :     Chapter 13
                                    :
                                    :
             Debtor                 :     No.:   17-11426-amc

### ORDER

AND NOW, this 18th day of June, 2018, the application of William D. Schroeder, Jr., attorney for debtor, for compensation in the amount of $3,000.000 is hereby approved.  The debtor has previously paid $2,000.00 to counsel; the trustee is approved to pay the balance of $1,000.00 to counsel.

BY THE COURT:

_____
Ashely M. Chan, U.S. Bankruptcy Judge

William D. Schroeder, Jr.            Office of the United States Trustee
Attorney at Law                      833 Chestnut Street, Suite 500
920 Lenmar Drive                     Philadelphia, PA  19107
Blue Bell, PA 19422

                                     David Kohut
Trustee William C. Miller            314 Erie Avenue
Chapter 13 Standing Trustee          Quakertown PA 18951
P.O. Box 1229
Philadelphia, PA 19105