United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 17-11426-amc
David Lewis Kohut    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 18, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
db          +David Lewis Kohut,    314 Erie Avenue,    Quakertown, PA 18951-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com
        KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM D. SCHROEDER, JR    on behalf of Debtor David Lewis Kohut schroeder@jrlaw.org,
         Healey@jrlaw.org
                                                                                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   David Lewis kohut            :   Chapter 13
                                      :
                                      :
                    Debtor            :   No.:   17-11426-amc

## ORDER

AND NOW, this 18th day of June, 2018, the application of William D. Schroeder, Jr., attorney for debtor, for compensation in the amount of $3,000.000 is hereby approved.  The debtor has previously paid $2,000.00 to counsel; the trustee is approved to pay the balance of $1,000.00 to counsel.

BY THE COURT:

_____
Ashely M. Chan, U.S. Bankruptcy Judge

William D. Schroeder, Jr.              Office of the United States Trustee
Attorney at Law                        833 Chestnut Street, Suite 500
920 Lenmar Drive                       Philadelphia, PA  19107
Blue Bell, PA 19422

                                       David Kohut
Trustee William C. Miller              314 Erie Avenue
Chapter 13 Standing Trustee            Quakertown PA 18951
P.O. Box 1229
Philadelphia, PA 19105