**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  David Lewis Kohut, a/k/a David L. Kohut, a/k/a David Kohut

    Debtor(s)

: Chapter 13

: Bankruptcy No.17-11426-amc
:
: 11 U.S.C. § 362

LSF10 Master Participation Trust
                              Movant
          vs.
David Lewis Kohut, a/k/a David L. Kohut, a/k/a David Kohut
                              Debtor(s)
         and
William C. Miller, Esquire
                              Trustee
                     RESPONDENTS

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

     LSF10 Master Participation Trust has filed a Motion for Relief from the Automatic Stay in order to foreclose or resume foreclosure on the real property situated at 314 Erie Avenue, Quakertown, PA 18951.

     **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  November 2, 2018  [14 days from date of service; carry over to following business day if 14th day falls on a weekend on federal holiday] you or your attorney must do **all** of the following:

        (a)   File an answer explaining your position at:
           Office of the Clerk
           United States Bankruptcy Court
           Eastern District of Pennsylvania
           Robert N.C. Nix, Sr. Federal Courthouse
           900 Market Street, Suite 400
           Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorney:

> **Sarah K. McCaffery, Esquire**
> **Richard M. Squire & Associates, LLC**
> **One Jenkintown Station, Suite 104**
> **115 West Avenue**
> **Jenkintown, PA 19046**
> **TEL: (215) 886-8790**
> **FAX: (215) 886-8791**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on November 13, 2018 at  11:00  am. in Courtroom No.   4   , Robert N.C. Nix, Sr. Federal Courthouse, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

>  /s/ Sarah K. McCaffery
> Sarah K. McCaffery, Esquire
> Richard M. Squire & Associates, LLC
> One Jenkintown Station
> 115 West Avenue, Suite 104
> Jenkintown, PA 19046
> (215) 886-8791
> Attorney for Movant

Dated: 10/19/2018