UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: David Lewis Kohut <br><br> Debtor. | Case No.: 17-11426-elf <br> CHAPTER 13 <br><br> **REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of the BKPL Series I trust (SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  SNSC requests that for all notice purposes and for inclusion in the Master Mailing List
2  in this case, the following address be used:

3  **PHYSICAL ADDRESS:**                              **EMAIL ADDRESS:**
4  SN Servicing Corporation                           BKNotices@snsc.com
   323 5th Street
5  Eureka, CA 95501

6
7
8  Dated:  August 17, 2020                            By: /s/ Kathy Watson
                                                      Kathy Watson
9                                                     c/o SN Servicing Corporation
                                                      Bankruptcy Asset Manager
10                                                    323 5th Street
                                                      Eureka, CA 95501
11                                                    800-603-0836
12                                                    BKNotices@snservicing.com

**2**
REQUEST FOR NOTICE

## CERTIFICATE OF SERVICE

On August 17, 2020 I served the foregoing documents described as REQUEST FOR NOTICE the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
William D. Schroeder, JR
schroeder@jrlaw.org

TRUSTEE
William C. Miller, Esq
ecfemails@ph13trustee.com

TRUSTEE'S COUNSEL
Jack K. Miller
philaecf@gmail.com

U.S. TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez

On August 17, 2020, I served the foregoing documents described as REQUEST FOR NOTICE Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
David Lewis Kohut
314 Erie Avenue
Quakertown, PA 18951

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/Marlen Gomez
Marlen Gomez