United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Lewis Kohut  
    Debtor

Case No. 17-11426-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 24, 2020  
                            Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.  
14427197        Goldman Sachs Mortgage Company,    P.O. Box 10826,    Greenville, SC   29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:  
       ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
       JILL MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@powerskirn.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com  
       SARAH K. MCCAFFERY    on behalf of Creditor    LSF10 Master Participation Trust bankruptcy@powerskirn.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM D. SCHROEDER, JR    on behalf of Debtor David Lewis Kohut schroeder@jrlaw.org, Healey@jrlaw.org  
                                                                                                                                                     TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11426-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

David Lewis Kohut
314 Erie Avenue
Quakertown PA 18951

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/17/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826 | US Bank NA<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka CA 95501 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/26/20

Tim McGrath
**CLERK OF THE COURT**