## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Donald Lewis Kohut<br><br>         Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  17-11426-ELF |

### SUBSTITUTION OF APPEARANCE

TO THE COURT:

YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, LSF10 Master Participation Trust, in connection with the above entitled actions.

Dated: November 18, 2021

*Withdrawing Attorney*

By:  **/s/Sarah K. McCaffery**
Sarah K. McCaffery, Esq., P.A.I.D. #311728
Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone# 215-942-2090

Dated: November 18, 2021

*Superseding Attorney*

By:  **/s/ Michael J. Clark**
Attorney ID# 202929
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue
Suite 104
Jenkintown, PA 19046
Telephone: 215-886-8790