# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11426-ELF

DAVID LEWIS KOHUT

314 ERIE AVENUE

QUAKERTOWN, PA 18951

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID LEWIS KOHUT

    314 ERIE AVENUE

    QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

Date: 1/10/2022

        /S/ Kenneth E. West
        _____

        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee