United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-11426-elf
David Lewis Kohut   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 16, 2022     Form ID: 138OBJ     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lewis Kohut, 314 Erie Avenue, Quakertown, PA 18951-1307 |
| 13922950 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13874887 | + | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13874886 | | Bank of America, FL9-600-02-26, PO Box 45224, Jacksonville, FL 32232-5224 |
| 13874885 | | Bank of America, c/o Prober & Raphael, A Law Corp, P.O. Box 4365, Woodland Hills, CA 91365-4365 |
| 14427197 | | Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14084018 | + | LSF10 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13874899 | + | Northland Group, Inc., PO Box 390905, Mail Code CSB2, Minneapolis, MN 55439-0905 |
| 13874903 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14528921 | + | US Bank National association, c/o Kathy Watson, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 14051155 | + | William D. Schroeder, Jr., 920 Lenmar Drive, Blue Bell, PA 19422-2000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2022 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 16 2022 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13874883 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 23:41:43 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13874884 | + | Email/Text: bnc-applied@quantum3group.com | Feb 16 2022 23:40:00 | Applied Bank, Po Box 17125, Wilmington, DE 19850-7125 |
| 13947243 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 16 2022 23:40:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 13874894 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:49 | CitiMortgage, Inc., 14700 Citicorp Drive, MC 0251, Hagerstown, MD 21742 |
| 13874888 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 23:41:48 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13938240 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 23:41:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13874892 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:54 | CitiFinancial, PO Box 6043, Sioux Falls, SD 57117-6043 |
| 13941232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 17-11426-elf    Doc 90    Filed 02/18/22    Entered 02/19/22 00:30:48    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 138OBJ | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13874893 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:44 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 13874890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:44 | CitiMortgage, Inc., Bankruptcy Servicing Center, P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 13874891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:54 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13874895 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2022 23:41:49 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14550930 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 16 2022 23:40:00 | Comenity Bank/bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13874896 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2022 23:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14427197 | | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2022 23:41:44 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13874889 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 23:40:00 | Goldman Sachs Mortgage Company, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13874897 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 23:41:43 | Chase Card Services, Correspondence Dept, Po Box 15278, Wilmington, DE 19850 |
| 13913121 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 23:40:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13913114 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2022 23:41:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13874898 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2022 23:41:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13921226 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2022 23:41:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13874899 | + | Email/Text: ngisupport@radiusgs.com | Feb 16 2022 23:40:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13888282 | | Email/PDF: cbp@onemainfinancial.com | Feb 16 2022 23:40:00 | Northland Group, Inc., PO Box 390905, Mail Code CSB2, Minneapolis, MN 55439-0905 |
| 13874900 | + | Email/PDF: cbp@onemainfinancial.com | Feb 16 2022 23:41:48 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 13946480 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2022 23:41:48 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 13875672 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 16 2022 23:41:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13874901 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 23:41:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13924326 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2022 23:41:44 | Prsm/cbsd, CitiCorp Credit Services/Centralized Ban, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13899856 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2022 23:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13874902 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13904354 | + | Email/Text: bncmail@w-legal.com | Feb 16 2022 23:41:53 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| | | | Feb 16 2022 23:40:00 | TD BANK USA, N.A., C O WEINSTEIN & |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14528780 | + | Email/Text: bknotices@snsc.com | Feb 16 2022 23:41:00 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 13874904 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 16 2022 23:40:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 14615069 | + | Email/Text: bknotices@snsc.com | Feb 16 2022 23:41:00 | c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13961975 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com |
| MICHAEL JOHN CLARK | on behalf of Creditor LSF10 Master Participation Trust mclark@squirelaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor David Lewis Kohut schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David Lewis Kohut
      Debtor(s)

Case No: 17−11426−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
               Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/16/22

87 − 85
Form 138OBJ